JAMES F. MCCABE (CA SBN 104686)
JMcCabe@mofo.com
JAMES R. MCGUIRE (CA SBN 189275)
JMcGuire@mofo.com
RITA F. LIN (CA SBN 236220)
RLin@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California  94105-2482
Telephone: 415.268.7000
Facsimile: 415.268.7522

Attorneys for Defendants
WACHOVIA CORPORATION, and
WACHOVIA BANK, N.A.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CELIA SPEARS-HAYMOND, as an individual, and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>WACHOVIA CORPORATION, WACHOVIA BANK, N.A., and DOES 1 through 10,<br><br>Defendants. | Case No.   C-08-4610-MHP<br><br>**CLASS ACTION**<br><br>STIPULATION TO EXTEND TIME TO RESPOND TO THE FIRST AMENDED COMPLAINT |

Pursuant to Local Rule 6-1(a), and Federal Rule of Civil Procedure 12(a), it is hereby stipulated by and between plaintiff Celia Spears-Haymond and defendants Wachovia Corporation and Wachovia Bank, N.A. (collectively, "Wachovia"), through their respective attorneys, that the time by which Wachovia may plead or otherwise respond to the Complaint shall be extended to and include December 19, 2008. The stipulated extension does not affect any other event or deadline already fixed by Court order.

Dated: December 12, 2008

JAMES F. MCCABE
JAMES R. MCGUIRE
RITA F. LIN
MORRISON & FOERSTER LLP

By: /s/ James R. McGuire
James R. McGuire

Attorneys for Defendants
WACHOVIA CORPORATION, and
WACHOVIA BANK, N.A.

Dated: December 12, 2008

RICHARD D. McCUNE
JAE (EDDIE) K. KIM
McCUNE & WRIGHT, LLP

By: /s/ Richard D. McCune
Richard D. McCune

Attorneys for Plaintiffs
CELIA SPEARS-HAYMOND

IT IS SO ORDERED
Judge Marilyn H. Patel

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

STIPULATION TO EXTEND TIME TO RESPOND TO THE COMPLAINT
CASE NO. C-08-4610 MHP
sf-2618231

1