| | |
|---|---|
| 1 | HUNTON & WILLIAMS LLP |
|   | ANN MARIE MORTIMER (CA SBN 169077) |
| 2 | 550 South Hope Street, Suite 2000 |
|   | Los Angeles, California 90071-2627 |
| 3 | Telephone: 213.532.2000 |
|   | Facsimile: 213.532.2020 |
| 4 | E-mail: amortimer@hunton.com |
| 5 | HUNTON & WILLIAMS LLP |
|   | FRASER A. MCALPINE (CA SBN 248554) |
| 6 | 575 Market Street, Suite 2700 |
|   | San Francisco, CA 94105 |
| 7 | Telephone: 415.975.3700 |
|   | Facsimile: 415.975.3701 |
| 8 | E-mail: fmcalpine@hunton.com |
| 9 | HUNTON & WILLIAMS LLP |
|   | T. THOMAS COTTINGHAM, III (*pro hac vice* pending) |
| 10 | 101 South Tryon Street, Suite 3500 |
|   | Charlotte, North Carolina 28280 |
| 11 | Telephone: 704.378.4700 |
|   | Facsimile: 704.3778.4890 |
| 12 | E-mail: tcottingham@hunton.com |
| 13 | JAMES R. MCGUIRE (CA SBN 189275) |
|   | JMcGuire@mofo.com |
| 14 | RITA F. LIN (CA SBN 236220) |
|   | RLin@mofo.com |
| 15 | MORRISON & FOERSTER LLP |
|   | 425 Market Street |
| 16 | San Francisco, California 94105-2482 |
|   | Telephone: 415.268.7000 |
| 17 | Facsimile: 415.268.7522 |
| 18 | Attorneys for Defendants |
|   | WACHOVIA CORPORATION, and WACHOVIA BANK, N.A. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CELIA SPEARS-HAYMOND, as an individual, and on behalf of all others similarly situated, | Case No.   C-08-4610-MHP |
| Plaintiffs, | **CLASS ACTION** |
| v. | STIPULATION CONSOLIDATING HEARING FOR MOTION TO STAY/TRANSFER AND CASE MANAGEMENT CONFERENCE |
| WACHOVIA CORPORATION, WACHOVIA BANK, N.A., and DOES 1 through 10, | |
| Defendants. | |

STIPULATION CONSOLIDATING HEARING FOR MOTION TO STAY/TRANSFER AND CMC
CASE NO. C-08-4610 MHP
sf-2622654

1  Pursuant to the Court's October 3, 2008 Case Management Order, the initial case
2  management conference in this matter is set for January 12, 2009 at 4:00 p.m.  Defendants'
3  Motion To Transfer Or Stay Action is also set for hearing on January 12, 2009 at 10:00 a.m.
4  If convenient for the Court, the parties respectfully request that they be permitted to make
5  a single appearance for both the Case Management Conference and the hearing on defendants'
6  motion at either 10:00 a.m. (the parties' preference) or 4:00 p.m.  If it is not convenient for the
7  Court, the parties will, of course, appear as scheduled.
8  Respectfully submitted,

9  Dated: January 5, 2009    JAMES R. MCGUIRE
                              RITA F. LIN
10                            MORRISON & FOERSTER LLP

12                            By:      /s/ James R. McGuire
                                    James R. McGuire
13
                              Attorneys for Defendants
14                            WACHOVIA CORPORATION, and
                              WACHOVIA BANK, N.A.
15
16  Dated: January 5, 2009    RICHARD D. McCUNE
                              JAE (EDDIE) K. KIM
17                            McCUNE & WRIGHT, LLP

18
                              By:      /s/ Richard D. McCune
19                                  Richard D. McCune

20                            Attorneys for Plaintiffs
                              CELIA SPEARS-HAYMOND
21

22  I, James R. McGuire, am the ECF user whose ID and password are being used to file this
23  Stipulation Consolidating Hearing For Motion To Stay/Transfer And Case Management
24  Conference.  In compliance with General Order 45, X.B., I hereby attest that Richard D. McCune
25  has concurred in the filing of this document with his electronic signature.

26
27
28

STIPULATION CONSOLIDATING HEARING FOR MOTION TO STAY/TRANSFER AND CMC
 CASE NO. C-08-4610 MHP
sf-2622654

1

| | |
|---|---|
| 1 | HUNTON & WILLIAMS LLP |
| | ANN MARIE MORTIMER (CA SBN 169077) |
| 2 | 550 South Hope Street, Suite 2000 |
| | Los Angeles, California 90071-2627 |
| 3 | Telephone:  213.532.2000 |
| | Facsimile:  213.532.2020 |
| 4 | E-mail:  amortimer@hunton.com |
| 5 | HUNTON & WILLIAMS LLP |
| | FRASER A. MCALPINE (CA SBN 248554) |
| 6 | 575 Market Street, Suite 2700 |
| | San Francisco, CA 94105 |
| 7 | Telephone:  415.975.3700 |
| | Facsimile:  415.975.3701 |
| 8 | E-mail:  fmcalpine@hunton.com |
| 9 | HUNTON & WILLIAMS LLP |
| | T. THOMAS COTTINGHAM, III (*pro hac vice* pending) |
| 10 | 101 South Tryon Street, Suite 3500 |
| | Charlotte, North Carolina 28280 |
| 11 | Telephone:  704.378.4700 |
| | Facsimile:  704.3778.4890 |
| 12 | E-mail:  tcottingham@hunton.com |
| 13 | JAMES R. MCGUIRE (CA SBN 189275) |
| | JMcGuire@mofo.com |
| 14 | RITA F. LIN (CA SBN 236220) |
| | RLin@mofo.com |
| 15 | MORRISON & FOERSTER LLP |
| | 425 Market Street |
| 16 | San Francisco, California  94105-2482 |
| | Telephone: 415.268.7000 |
| 17 | Facsimile: 415.268.7522 |
| 18 | Attorneys for Defendants |
| | WACHOVIA CORPORATION, and WACHOVIA BANK, |
| 19 | N.A. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CELIA SPEARS-HAYMOND, as an individual, and on behalf of all others similarly situated, | Case No.   C-08-4610-MHP |
| | **CLASS ACTION** |
| Plaintiffs, | |
| | [PROPOSED] ORDER CONSOLIDATING HEARING ON MOTION TO STAY/TRANSFER AND CASE MANAGEMENT CONFERENCE |
| v. | |
| WACHOVIA CORPORATION, WACHOVIA BANK, N.A., and DOES 1 through 10, | |
| Defendants. | |

ORDER GRANTING STIP CONSOLIDATING HEARING FOR MOTION TO STAY/TRANSFER AND CMC
CASE NO. C-08-4610 MHP
sf-2622686

| | |
|---|---|
| 1 | Pursuant to the parties' stipulation, it is hereby ordered that the hearing on Defendants' |
| 2 | Motion To Transfer Or Stay Action and the Case Management Conference shall both be held on |
| 3 | January 12, 2009 at  2:00 p.m. |
| 4 | **IT IS SO ORDERED.** |
| 5 | |
| 6 | Dated:  1/7/2009 |
| 7 | Honor: *IT IS SO ORDERED* |
| 8 | United [signature] Judge Marilyn H. Patel |
| 9 | \ |

ORDER GRANTING STIP CONSOLIDATING HEARING FOR MOTION TO STAY/TRANSFER AND CMC
CASE NO. C-08-4610 MHP
sf-2622686

1