HUNTON & WILLIAMS LLP
ANN MARIE MORTIMER (CA SBN 169077)
550 South Hope Street, Suite 2000
Los Angeles, California 90071-2627
Telephone: 213.532.2000
Facsimile: 213.532.2020
E-mail: amortimer@hunton.com

HUNTON & WILLIAMS LLP
FRASER A. MCALPINE (CA SBN 248554)
575 Market Street, Suite 2700
San Francisco, CA 94105
Telephone: 415.975.3700
Facsimile: 415.975.3701
E-mail: fmcalpine@hunton.com

HUNTON & WILLIAMS LLP
T. THOMAS COTTINGHAM, III (*pro hac vice* pending)
101 South Tryon Street, Suite 3500
Charlotte, North Carolina 28280
Telephone: 704.378.4700
Facsimile: 704.3778.4890
E-mail: tcottingham@hunton.com

JAMES R. MCGUIRE (CA SBN 189275)
JMcGuire@mofo.com
RITA F. LIN (CA SBN 236220)
RLin@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California 94105-2482
Telephone: 415.268.7000
Facsimile: 415.268.7522

Attorneys for Defendants
WACHOVIA CORPORATION, and WACHOVIA BANK, N.A.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CELIA SPEARS-HAYMOND, as an individual, and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>WACHOVIA CORPORATION, WACHOVIA BANK, N.A., and DOES 1 through 10,<br><br>Defendants. | Case No.   C-08-4610-MHP<br><br>**CLASS ACTION**<br><br>STIPULATION AND [PROPOSED] ORDER CONTINUING HEARING AND BRIEFING SCHEDULE FOR FILING OF PLEADINGS MOTIONS |

STIPULATION AND [PROPOSED] ORDER CONTINUING HEARING AND BRIEFING ON PLEADING MOTIONS
CASE NO. C-08-4610 MHP
sf-2641608

1  Pursuant to Local Rules 6-2 and 7-12, plaintiff Celia Spears-Haymond and defendants Wachovia Corporation and Wachovia Bank, N.A. (collectively, "Wachovia"), through their respective attorneys, hereby stipulate and agree as follows:

1. At the January 12, 2009 Case Management Conference, the parties agreed upon and the Court set a hearing date and briefing schedule for pleadings motions in this matter. The hearing date was set for March 30, 2009 at 2:00 p.m., with motions to be filed February 17, 2009, oppositions to be filed March 2, 2009, and replies to be filed March 9, 2009.

2. Wachovia's counsel principally responsible for preparation of its pleadings motion has conflicting case obligations, including a Ninth Circuit argument this week, that would interfere with the effective preparation of a pleadings motion on or before February 17, 2009. (Declaration of James R. McGuire in Support of Stipulation Continuing Hearing and Briefing Schedule for Filing of Pleading Motions, filed herewith, ¶ 2.)

3. Plaintiff Celia Spears-Haymond would not be inconvenienced by a one-week extension of the hearing date and briefing schedule, and is agreeable to that change in the schedule.

4. There have been no previous changes to the hearing date and briefing schedule set at the January 12, 2009 Case Management Conference. (*Id.* ¶ 3.) The change to the hearing date and briefing schedule will not affect the schedule for the case, which has not yet been set. (*Id.* ¶ 4.)

5. Accordingly, the parties respectfully request that the Court extend by one week the hearing date and briefing schedule for pleadings motions in this matter, such that the hearing is set for April 6, 2009 at 2:00 p.m., or at a time thereafter convenient to the Court, with motions to be filed on or before February 24, 2009, oppositions to be filed on or before March 9, 2009, and replies to be filed on or before March 16, 2009.

| | | |
|---|---|---|
| 1 | Dated: February 10, 2009 | JAMES R. MCGUIRE |
| 2 | | RITA F. LIN |
| | | MORRISON & FOERSTER LLP |
| 3 | | |
| 4 | | By: /s/ |
| | | James R. McGuire |
| 5 | | |
| 6 | | Attorneys for Defendants |
| | | WACHOVIA CORPORATION, and |
| 7 | | WACHOVIA BANK, N.A. |
| 8 | Dated: February 10, 2009 | RICHARD D. McCUNE |
| | | JAE (EDDIE) K. KIM |
| 9 | | McCUNE & WRIGHT, LLP |

By: /s/
Jae (Eddie) K. Kim

Attorneys for Plaintiffs
CELIA SPEARS-HAYMOND

**PURSUANT TO STIPULATION, IT IS SO ORDERED**

Dated: 2/11/2009

Honorable
United States

*[Seal: UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED, Judge Marilyn H. Patel]*

**GENERAL ORDER 45 ATTESTATION**

In accordance with General Order 45, concurrence in the filing of this document has been obtained from each of the other signatories and I shall maintain records to support this concurrence for subsequent production for the court if so ordered or for inspection upon request by a party.

/s/
Attorney for Defendants
WACHOVIA CORPORATION, and
WACHOVIA BANK, N.A.